In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-247 CV


____________________



CYNTHIA ILEEN WOOD, INDIVIDUALLY AND 


AS NEXT FRIEND OF DEVIN WOOD, Appellant



V.



BENJAMIN G. MORRISON, Appellee






On Appeal from the 258th District Court


San Jacinto County, Texas


Trial Cause No. 10663






MEMORANDUM OPINION (1)


 Cynthia Ileen Wood, acting individually and as next friend of Devin Wood, sued
Benjamin G. Morrison for personal injuries sustained in an automobile accident. The trial
court's judgment, entered in accordance with the jury verdict, awarded Wood $4,506.78
individually and awarded Wood nothing in her capacity as next friend of Devin Wood. Wood's appeal was submitted on the clerk's record alone because the appellant was
not entitled to a free reporter's record and failed to make payment arrangements for the
reporter's record. See Tex. R. App. P. 20.1(a)(1); 37.3(a)(1),(c). The appeal was
submitted without briefs because the appellant failed to file her brief by the November 10,
2004, due date. See Tex. R. App. P. 38.8(a)(2). The appellant did not request additional
time to file the brief. See Tex. R. App. P. 38.6(d). On January 21, 2005, we notified the
parties that the appeal would be advanced without oral argument. See Tex. R. App. P.
39.9. The appellee then filed a brief. We regard that brief as correctly presenting the
case. See Tex. R. App. P. 38.8(a)(3). The judgment of the trial court is affirmed.

 AFFIRMED.

 PER CURIAM


Submitted on February 11, 2005

Opinion Delivered February 17, 2005

Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. Tex. R. App. P. 47.4.